**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mariann Kaczmarek   fka Mariann                CHAPTER 13
D'Amico aka Mariann D. Kaczmarek
                Debtor(s)                              BKY. NO. 20-21993 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                                Respectfully submitted,

                                **/s/Brian C. Nicholas, Esquire**
                                Brian C. Nicholas, Esquire
                                Attorney I.D. No. 317240
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106
                                412-430-3594
                                bnicholas@kmllawgroup.com