| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mariann Kaczmarek** | Social Security number or ITIN  xxx–xx–8836 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   7/1/20 |
| Case number: | 20–21993–CMB | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mariann Kaczmarek | |
| 2. | **All other names used in the last 8 years** | aka Mariann D. Kaczmarek, fka Mariann D'Amico | |
| 3. | **Address** | 3701 Colby Street<br>Pittsburgh, PA 15214 | |
| 4. | **Debtor's attorney**<br>Name and address | Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Street<br>Suite 101<br>Pittsburgh, PA 15232 | Contact phone 412–395–6001<br><br>Email: mmh@thedebtdoctors.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/29/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/23/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/9/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/28/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**8/24/20** at **10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania

In re:                                                        Case No. 20-21993-CMB
Mariann Kaczmarek                                             Chapter 13
     Debtor
                          CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 2            Date Rcvd: Jul 29, 2020
                             Form ID: 309I           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2020.
db           +Mariann Kaczmarek,   3701 Colby Street,   Pittsburgh, PA 15214-2111
aty          +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1945
aty          +Mario J. Hanyon,   Phelan Hallinan Diamond & Jones, LLP,   Omni William Penn Office Tower,
               555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
tr           +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
cr           +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
15261232     +Allegheny Community FCU,   1001 Liberty Avenue, Suite 100,   Pittsburgh, PA 15222-3715
15261237    ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
              (address filed with court: Nissan Motor Acceptance,   8900 Freeport Parkway,
               Irving, TX 75063)
15270633     +NewRez c/o,   PHH Mortgage Services,   PO Box 5452,   Mount Laurel, NJ 08054-5452
15268663      PHH MORTGAGE CORPORATION,   BANKRUPTCY DEPARTMENT,,   P.O. BOX 24605,
               WEST PALM BEACH FL 33416-4605
15261238      PHH Mortgage Services,   2001 Leadenhall Road,   Mount Laurel, NJ 08054
15261239     +PNC Mortgage,   P.O. Box 8703,   Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: mmh@thedebtdoctors.com Jul 30 2020 04:16:14      Matthew M. Herron,
               The Debt Doctors, LLC,   607 College Street,   Suite 101,   Pittsburgh, PA  15232
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:17:06
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2020 04:17:06      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 30 2020 04:17:09
               Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr           +E-mail/Text: kburkley@bernsteinlaw.com Jul 30 2020 04:17:33      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15261233     +E-mail/Text: bk@avant.com Jul 30 2020 04:17:25      Avant,   222 N. LaSalle Street,   Suite 1700,
               Chicago, IL 60601-1101
15261234     +EDI: CITICORP.COM Jul 30 2020 07:53:00      Citicards/Citibank,   PO Box 6241,
               Sioux Falls, SD 57117-6241
15261235     +EDI: CCS.COM Jul 30 2020 07:53:00      Credit Collection Service,   725 Canton Street,
               Norwood, MA 02062-2679
15261236      EDI: DISCOVER.COM Jul 30 2020 07:53:00      Discover Financial Services,   P.O. Box 15316,
               Wilmington, DE 19850
15265591      EDI: DISCOVER.COM Jul 30 2020 07:53:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany Ohio 43054-3025
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PHH MORTGAGE CORPORATION
15270628*    +Allegheny Community FCU,   1001 Liberty Avenue, Suite 100,   Pittsburgh, PA 15222-3715
15270629*    +Avant,   222 N. LaSalle Street,   Suite 1700,   Chicago, IL 60601-1101
15270630*    +Citicards/Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
15270631*    +Credit Collection Service,   725 Canton Street,   Norwood, MA 02062-2679
15270632*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
              (address filed with court: Discover Financial Services,   P.O. Box 15316,
               Wilmington, DE 19850)
15270634*   ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
              (address filed with court: Nissan Motor Acceptance,   8900 Freeport Parkway,
               Irving, TX 75063)
15270635*    +PHH Mortgage Corporation,   Bankruptcy Dept. PO Box 24605,   West Palm Beach, FL 33416-4605
15270636*     PHH Mortgage Services,   2001 Leadenhall Road,   Mount Laurel, NJ 08054
15270637*    +PNC Mortgage,   P.O. Box 8703,   Dayton, OH 45401-8703
                                                                                  TOTALS: 1, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2              User: aala                  Page 2 of 2                  Date Rcvd: Jul 29, 2020
                                  Form ID: 309I               Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor   PHH MORTGAGE CORPORATION pawb@fedphe.com
              Matthew M. Herron    on behalf of Debtor Mariann  Kaczmarek mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 5
```