# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

IN RE:                                             CASE NO.: 20-21993-CMB
                                                   CHAPTER 13

**Mariann Kaczmarek aka**
**Mariann D. Kaczmarek ,**

   **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**CHARLES G. WOHLRAB, ESQ.**
**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: \S\Charles Wohlrab
   Charles Wohlrab, Esquire
   Pennsylvania Bar No. 314532
   Email: CWohlrab@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 19, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

MARIANN KACZMAREK
3701 COLBY STREET
PITTSBURGH, PA 15214

And via electronic mail to:

THE DEBT DOCTORS, LLC
607 COLLEGE STREET SUITE 101
PITTSBURGH, PA 15232

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Paula Quezada
Paula Quezada
Email: pquezada@rasflaw.com