### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Mariann Kaczmarek ) Bankruptcy No.: 20-21993-CMB
a/k/a Mariann D. Kaczmarek ) Chapter 13
f/k/a Mariann D'Amico, )
     Debtor. ) Document No.:
_____ )
Mariann Kaczmarek ) Response Deadline: 05/14/2021
a/k/a Mariann D. Kaczmarek ) Hearing Date/Time: 06/08/2021
f/k/a Mariann D'Amico, ) at 1:30 PM
     Movant, )
 )
    v. )
 )
No Respondents. )

### CERTIFICATE OF NO OBJECTION TO THE DEBTOR'S
### APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Application for Order of Employment of Special Counsel has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than May 14, 2021.

It is hereby respectfully requested that the Order attached to the Application for Order of Employment of Special Counsel be entered by the Court.

Date: May 17, 2021

                      __/s/ Matthew M. Herron____
                      Matthew M. Herron, Esquire
                      PA ID No. 88927

                      THE DEBT DOCTORS, LLC
                      607 College Street, Suite 101
                      Pittsburgh, PA 15232
                      412-395-6001
                      mmh@thedebtdoctors.com
                      ATTORNEY FOR THE DEBTOR

{W0565332.1 }