IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mariann Kaczmarek ) | Bankruptcy No.: 20-21993-CMB |
| a/k/a Mariann D. Kaczmarek ) | Chapter 13 |
| f/k/a Mariann D'Amico, ) | |
|       Debtor. ) | Document No.: |
| ) | |
| Mariann Kaczmarek ) | Response Deadline: |
| a/k/a Mariann D. Kaczmarek ) | Hearing Date/Time: |
| f/k/a Mariann D'Amico, ) | |
|       Movant, ) | |
| ) | |
|    v. ) | |
| ) | |
| No Respondents. ) | |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, attorney of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 20th day of May 2021

I served a copy of:  **ORDER GRANTING APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

RE:   Mariann Kaczmarek                                           Case No.: 20-21993-CMB
      a/k/a Mariann D. Kaczmarek                                  Chapter 13
      f/k/a Mariann D'Amico

ON:   Lisa M. Petruzzi, Esq.
      Feldstein, Grinberg, Lang & McKee, P.C.
      428 Boulevard of the Allies, Suite 600
      Pittsburgh, PA 15219
      LPetruzzi@fglmlaw.com

      Ronda J. Winnecour                          US Trustee
      Suite 3250, USX Tower                       970 Liberty Center
      600 Grant Street                            1001 Liberty Avenue
      Pittsburgh, PA 15219                        Pittsburgh, PA 15222
      *cmecf@chapter13trusteewdpa.com             *ustpregion03.pi.ecf@usdoj.gov

BY:   *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 20, 2021                               /s/ *Matthew M. Herron*_____
                                                  Matthew M. Herron, Esq.
                                                  The Debt Doctors, LLC
                                                  607 College Street, Suite 101

Pittsburgh, PA 15232
(412) 395-6001