# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Mariann Kaczmarek ) Bankruptcy No.: 20-21993-CMB
a/k/a Mariann D. Kaczmarek ) Chapter 13
f/k/a Mariann D'Amico, )
    Debtor. ) Document No.: 40
_____ )
Mariann Kaczmarek )
a/k/a Mariann D. Kaczmarek )
f/k/a Mariann D'Amico, )
    Movant, )
)
  v. ) **ENTERED BY DEFAULT**
)
No Respondents. )

## ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this <u>18th</u> day of <u>May</u>, 2021, upon consideration of the Debtor's Application for Order of Employment of Special Counsel, it is hereby ORDERED, ADJUDGED and DECREED as follows:

    1.    Lisa M. Petruzzi, Esq., of Feldstein, Grinberg, Lang & McKee, P.C., 428 Boulevard of the Allies, Suite 600, Pittsburgh, PA 15219, is hereby appointed as Special Counsel for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee Agreement attached to the above-referenced Application for the limited purpose of acting as counsel in connection with the interest of the Estate/Debtor in representing the Debtor in her divorce proceeding as referenced in the foregoing Application, provided however, no settlement of any claim is to occur without prior Court Order after notice and a hearing.

    2.    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and awards in similar cases.

      3.      Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professional is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms and is not a preapproval of compensation pursuant to 11 U.S.C. §328(a). Final compensation, awarded only after notice and a hearing, may be more or less than the requested hourly rates/compensation based on application of the above-mentioned factors in granting approval by Court Order.

      4.      The Applicant shall serve the within Order on all interested parties and file a Certificate of Service.

BY THE COURT:

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
5/18/21 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21993-CMB |
| Mariann Kaczmarek | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: May 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mariann Kaczmarek, 3701 Colby Street, Pittsburgh, PA 15214-2111 |
| sp | + | Lisa M. Petruzzi, Feldstein, Grinberg, Lang & McKee, P.C, 428 Boulevard of the Allies, Suite 600, Pittsburgh, PA 15219-1352 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Mariann Kaczmarek mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

District/off: 0315-2     User: aala     Page 2 of 2
Date Rcvd: May 19, 2021     Form ID: pdf900     Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8