**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| | ) | |
| Mariann Kaczmarek | ) | Bankruptcy No.: 20-21993-CMB |
| a/k/a Mariann D. Kaczmarek | ) | Chapter 13 |
| f/k/a Mariann D'Amico, | ) | |
| Debtor. | ) | Document No.: |
| | ) | |
| Mariann Kaczmarek | ) | Response Deadline: 06/07/2021 |
| a/k/a Mariann D. Kaczmarek | ) | Hearing Date/Time: 06/21/2021 |
| f/k/a Mariann D'Amico, | ) | at 10:00 AM |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

**CERTIFICATE OF NO OBJECTION TO THE**
**APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Order of Employment of Special Counsel has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Order of Employment of Special Counsel appears thereon.  Pursuant to the Notice of Hearing, responses to the Application for Order of Employment of Special Counsel were to be filed and served no later than June 7, 2021.

It is hereby respectfully requested that the Order attached to the Application to Approve Appointment of Special Counsel be entered by the Court.

Date:   June 8, 2021

                                                                    __/s/ Matthew M. Herron_____
                                                                    Matthew M. Herron, Esquire
                                                                    PA ID No. 88927
                                                                    THE DEBT DOCTORS,LLC
                                                                    607 College Street, Suite 101
                                                                    Pittsburgh, PA 15232

*p:* 412.395.6001
*f:* 412.391.2808
*e:* mmh@thedebtdoctors.com