## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Mariann Kaczmarek ) Bankruptcy No.: 20-21993-CMB
a/k/a Mariann D. Kaczmarek ) Chapter 13
f/k/a Mariann D'Amico, )
    Debtor. ) Document No.:

Mariann Kaczmarek )
a/k/a Mariann D. Kaczmarek )
f/k/a Mariann D'Amico, )
    Movant, )

v. )

No Respondents. )

### CERTIFICATE OF SERVICE

I, Matthew M. Herron, attorney of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 11th day of June 2021

I served a copy of: **ORDER GRANTING APPLICATION FOR ORDER OF EMPLOYMENT OF SPECIAL COUNSEL**

RE:    Mariann Kaczmarek    Case No.: 20-21993-CMB
    a/k/a Mariann D. Kaczmarek    Chapter 13
    f/k/a Mariann D'Amico

ON:    George M. Kontos, Esq.
    Kontos, Mengine, Killion & Hassen
    603 Stanwix Street, Suite 1228
    Pittsburgh, PA 15222
    *gkontos@kontosmengine.com

Ronda J. Winnecour    US Trustee
Suite 3250, USX Tower    970 Liberty Center
600 Grant Street    1001 Liberty Avenue
Pittsburgh, PA 15219    Pittsburgh, PA 15222
*cmecf@chapter13trusteewdpa.com    *ustpregion03.pi.ecf@usdoj.gov

BY:    *Electronic Notice

I certify under penalty of perjury that the foregoing is true and correct.

Date:    June 11, 2021    /s/ *Matthew M. Herron*_____
    Matthew M. Herron, Esq.
    The Debt Doctors, LLC
    607 College Street, Suite 101

Pittsburgh, PA 15232
(412) 395-6001