### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mariann Kaczmarek,<br>　　　Debtor. | Bankruptcy No.: 20-21993-CMB<br>Chapter 13 |
| Mariann Kaczmarek,<br>　　　Movant, | Document No.:<br>Related to Docket No. 58 |
| vs. | |
| No Respondents. | |

### **CERTIFICATE OF SERVICE**

I, Matthew M. Herron, Esq., of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 14th day of September 2021

I served a copy of: **Text Order, Amended Schedule B, Amended Schedule C, and 341 Meeting of Creditors Notice**

RE:　Mariann Kaczmarek　　　　　　　　　　Case No. 20-21993-CMB
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

ON:　ALL CREDITORS ON THE ATTACHED MAILING MATRIX:

BY:　Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date: September 14, 2021　　　　　　　　　/s/ *Matthew M. Herron*
　　　　　　　　　　　　　　　　　　　　　Matthew M. Herron, Esq.
　　　　　　　　　　　　　　　　　　　　　The Debt Doctors, LLC
　　　　　　　　　　　　　　　　　　　　　607 College Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15232
　　　　　　　　　　　　　　　　　　　　　(412) 395-6001

Case Number:  20-21993-CMB

20-21993-CMB|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant Street, Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1945|||

20-21993-CMB|NewRez LLC |RAS Citron LLC|130 Clinton Road, Suite 202|Fairfield, NJ 07004-2927|||

20-21993-CMB|Newrez LLC D/B/A Shellpoint Mortgage Servici| |||||undeliverable

20-21993-CMB|PHH MORTGAGE CORPORATION | |||||undeliverable

20-21993-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred

20-21993-CMB|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||

20-21993-CMB|Allegheny Community FCU |1001 Liberty Avenue, Suite 100|Pittsburgh, PA 15222-3715| |||

20-21993-CMB|Avant |222 N. LaSalle Street|Suite 1700|Chicago, IL 60601-1101| ||

20-21993-CMB|Citibank, N.A. |5800 S Corporate Pl|Sioux Falls, SD  57108-5027| |||

20-21993-CMB|Citicards/Citibank |PO Box 6241|Sioux Falls, SD 57117-6241| |||

20-21993-CMB|Credit Collection Service |725 Canton Street|Norwood, MA 02062-2679| |||

20-21993-CMB|Discover Bank |Discover Products Inc|PO Box 3025|New Albany Ohio 43054-3025| ||

20-21993-CMB|DISCOVER FINANCIAL SERVICES LLC|PO BOX 3025|NEW ALBANY OH 43054-3025||||preferred

20-21993-CMB|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant St., Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1945| ||duplicate

20-21993-CMB|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred

20-21993-CMB|NewRez c/o |PHH Mortgage Services|PO Box 5452|Mount Laurel, NJ 08054-5452| ||

20-21993-CMB|NISSAN MOTOR ACCEPTANCE CORPORATION|LOSS RECOVERY|PO BOX 660366|DALLAS TX 75266-0366|||preferred

20-21993-CMB|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||

20-21993-CMB|PHH MORTGAGE CORPORATION |BANKRUPTCY DEPARTMENT,|P.O. BOX 24605|WEST PALM BEACH FL 33416-4605| ||

20-21993-CMB|PHH Mortgage Corporation |Bankruptcy Dept. PO Box 24605|West Palm Beach, FL 33416-4605| |||duplicate

20-21993-CMB|PHH Mortgage Services |2001 Leadenhall Road|Mount Laurel, NJ 08054| |||

20-21993-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred duplicate

20-21993-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred duplicate

20-21993-CMB|Shellpoint Mortgage Servicing |P.O. Box 10826|Greenville, SC 29603-0826| |||

20-21993-CMB|George M. Kontos |Mengine, Killion & Hassen|603 Stanwix Street, Suite 1228|Pittsburgh, PA 15222-1424|||

20-21993-CMB|Lisa M. Petruzzi |Feldstein, Grinberg, Lang & McKee, P.C|428 Boulevard of the Allies, Suite 600|Pittsburgh, PA 15219-1352|||

20-21993-CMB|Mariann Kaczmarek |3701 Colby Street|Pittsburgh, PA 15214-2111||||

20-21993-CMB|Matthew M. Herron |The Debt Doctors, LLC|d/b/a Herron Business Law|607 College Street, Suite 101|Pittsburgh, PA 15232-1700||20-21993-CMB|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||