## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mariann Kaczmarek | ) | Bankruptcy No.: 20-21993-CMB |
| a/k/a Mariann D. Kaczmarek | ) | Chapter 13 |
| a/k/a Mariann D'Amico, | ) | |
| Debtor. | ) | Document No.: |
| _____ | ) | |
| Mariann Kaczmarek | ) | Response Date: 09/27/2021 |
| a/k/a Mariann D. Kaczmarek | ) | Hearing Date & Time: 10/13/2021 |
| a/k/a Mariann D'Amico, | ) | 1:30 PM |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq. Trustee, | ) | |
| Respondent. | | |

### CERTIFICATE OF NO OBJECTION TO THE MOTION TO APPROVE SETTLEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Approve Settlement were to be filed and served no later than September 27, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Settlement be entered by the Court.

Date: September 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　__/s/ Matthew M. Herron_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Matthew M. Herron, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 88927
　　　　　　　　　　　　　　　　　　　　　　　　　　The Debt Doctors, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　607 College Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15232
　　　　　　　　　　　　　　　　　　　　　　　　　　412-395-6001
　　　　　　　　　　　　　　　　　　　　　　　　　　mmh@thedebtdoctors.com

　　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR THE DEBTORS

{W0568598.1 }