**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Mariann Kaczmarek ) Bankruptcy No.: 20-21993-CMB
a/k/a Mariann D. Kaczmarek ) Chapter 13
a/k/a Mariann D'Amico, )
    Debtor. ) Document No.:
_____ )
Mariann Kaczmarek ) Related to Doc. No. 59
a/k/a Mariann D. Kaczmarek )
a/k/a Mariann D'Amico, )
    Movant, )
)
v. )
) **ENTERED BY DEFAULT**
Ronda J. Winnecour, Esq. Trustee, )
    Respondent. )

**<u>ORDER</u>**

AND NOW, this ____29th____ day of _____September_____, 2021, upon consideration of the foregoing MOTION TO APPROVE SETTLEMENT, it is hereby ORDERED, ADJUDGED and DECREED that the settlement described in the Debtor's Motion is APPROVED and George M. Kontos, Esq. and the law firm of Kontos, Mengine, Killion & Hassen are authorized to distribute the settlement proceeds as follows:

a. As provided in the Settlement Agreement, the Movant shall receive funds totaling $100,000.00;

b. As provided in the Settlement Agreement, Special Counsel is to receive reimbursement for $60.63 in litigation costs advanced, and attorney fees totaling $25,000.00;

c. Pursuant to the Movant's claimed exemptions, the Movant is to receive net settlement proceeds totaling $74,939.37.

   d.  Within ten (10) days of the entry of this Order the Movant shall amend her

chapter 13 plan to provide for a 100% distribution to her unsecured creditors.

BY THE COURT:

FILED
9/29/21 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm     **dmr**
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 20-21993-CMB

Mariann Kaczmarek                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mariann Kaczmarek, 3701 Colby Street, Pittsburgh, PA 15214-2111 |
| sp | + George M. Kontos, Mengine, Killion & Hassen, 603 Stanwix Street, Suite 1228, Pittsburgh, PA 15222-1424 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021       Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew M. Herron | |

District/off: 0315-2                                     User: aala                                              Page 2 of 2

Date Rcvd: Sep 29, 2021                          Form ID: pdf900                              Total Noticed: 2

on behalf of Debtor Mariann Kaczmarek mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9