# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mariann Kaczmarek ) | Bankruptcy No.: 20-21993-CMB |
| a/k/a Mariann D. Kaczmarek ) | Chapter 13 |
| a/k/a Mariann D'Amico, ) | |
|     Debtor. ) | Document No.: |
| _____ ) | |
| Mariann Kaczmarek ) | |
| a/k/a Mariann D. Kaczmarek ) | |
| a/k/a Mariann D'Amico, ) | |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Esq. Trustee, ) | |
|     Respondent. | |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 10th day of November 2021

I served a copy of: **TEXT ORDER, 341 MEETING NOTICE, AND AMENDED SCHEDULES I & J**

RE: Mariann Kaczmarek          Bankruptcy No.: 20-21993-CMB
                                Chapter 13

ON: All Parties on the attached Mailing Matrix and:

| | |
|---|---|
| **Ronda J. Winnecour, Trustee** | **U.S. Trustee** |
| 3250 U.S. Steel Tower | 970 Liberty Center |
| 600 Grant Street | 1001 Liberty Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| cmecf@chapter13trusteewdpa.com | ustpregion03.pi.ecf@usdoj.gov |
| *Via electronic notice* | *Via electronic notice* |

BY: Regular First Class U.S. Mail and electronic notice.

I certify under the penalty of perjury that the foregoing is true and correct.

{W0569306.1 }

Date: November 10, 2021 /s/ *Heather Seitz*
Heather Seitz, Paralegal
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001

Case Number: 20-21993-CMB

20-21993-CMB|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant Street, Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1945|||
20-21993-CMB|NewRez LLC |RAS Citron LLC|130 Clinton Road, Suite 202|Fairfield, NJ 07004-2927|||
20-21993-CMB|Newrez LLC D/B/A Shellpoint Mortgage Servici| |||||undeliverable
20-21993-CMB|PHH MORTGAGE CORPORATION | |||||undeliverable
20-21993-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred
20-21993-CMB|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
20-21993-CMB|Allegheny Community FCU |1001 Liberty Avenue, Suite 100|Pittsburgh, PA 15222-3715| |||
20-21993-CMB|Avant |222 N. LaSalle Street|Suite 1700|Chicago, IL 60601-1101| ||
20-21993-CMB|Citibank, N.A. |5800 S Corporate Pl|Sioux Falls, SD  57108-5027| |||
20-21993-CMB|Citicards/Citibank |PO Box 6241|Sioux Falls, SD 57117-6241| |||
20-21993-CMB|Credit Collection Service |725 Canton Street|Norwood, MA 02062-2679| |||
20-21993-CMB|Discover Bank |Discover Products Inc|PO Box 3025|New Albany Ohio 43054-3025| ||
20-21993-CMB|DISCOVER FINANCIAL SERVICES LLC|PO BOX 3025|NEW ALBANY OH 43054-3025||||preferred
20-21993-CMB|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant St., Suite 2200, Gulf Tower|Pittsburgh, PA 15219-1945| ||duplicate
20-21993-CMB|JEFFERSON CAPITAL SYSTEMS LLC|PO BOX 7999|SAINT CLOUD MN 56302-7999||||preferred
20-21993-CMB|NewRez c/o |PHH Mortgage Services|PO Box 5452|Mount Laurel, NJ 08054-5452| ||
20-21993-CMB|NISSAN MOTOR ACCEPTANCE CORPORATION|LOSS RECOVERY|PO BOX 660366|DALLAS TX 75266-0366|||preferred
20-21993-CMB|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
20-21993-CMB|PHH MORTGAGE CORPORATION |BANKRUPTCY DEPARTMENT,|P.O. BOX 24605|WEST PALM BEACH FL 33416-4605| ||
20-21993-CMB|PHH Mortgage Corporation |Bankruptcy Dept. PO Box 24605|West Palm Beach, FL 33416-4605| |||duplicate
20-21993-CMB|PHH Mortgage Services |2001 Leadenhall Road|Mount Laurel, NJ 08054| |||
20-21993-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred duplicate
20-21993-CMB|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred duplicate
20-21993-CMB|Shellpoint Mortgage Servicing |P.O. Box 10826|Greenville, SC 29603-0826| |||
20-21993-CMB|George M. Kontos |Mengine, Killion & Hassen|603 Stanwix Street, Suite 1228|Pittsburgh, PA 15222-1424|||
20-21993-CMB|Lisa M. Petruzzi |Feldstein, Grinberg, Lang & McKee, P.C|428 Boulevard of the Allies, Suite 600|Pittsburgh, PA 15219-1352|||
20-21993-CMB|Mariann Kaczmarek |3701 Colby Street|Pittsburgh, PA 15214-2111||||
20-21993-CMB|Matthew M. Herron |The Debt Doctors, LLC|d/b/a Herron Business Law|607 College Street, Suite 101|Pittsburgh, PA 15232-1700||
20-21993-CMB|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||

{W0569306.1 }