IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 20-21993-CMB |
| Mariann Kaczmarek,<br>    Debtor(s). | Chapter 13 |
| RONDA J. WINNECOUR, Standing<br>Chapter 13 Trustee,<br>    Movant, | Related to Doc. 58 and 63 |
| vs. | |
| Mariann Kaczmarek,<br>    Respondent(s). | |

## CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO DEBTOR(S)' AMENDED EXEMPTIONS

AND NOW, THIS _____ day of _____, 20____, upon the consent of the Debtor and the Trustee, it is ORDERED as follows:

1. Debtor shall be allowed §522(d)(11)(E) exemption in the amount of $30,722.56 in the net settlement proceeds of the matter described in the Motion to Approve Settlement (filed at Doc 59) and approved (at Doc 66).

2. The balance of the Debtor's claimed §522(d)(11)(E) exemption (at Doc 58), in the amount of $6,972.56 shall be deemed non-exempt and shall be paid, by Special Counsel, to Trustee by cashier's check or IOLTA check payable to "Ronda J. Winnecour, Ch. 13 Trustee," and mailed to "P.O. Box 2587, Pittsburgh PA  15230," along with a copy of this Order, within 10 days of Special Counsel's receipt of the settlement proceeds.

3. The net proceeds of the UNINSURED MOTORIST SETTLEMENT (as set forth in the Motion to Approve at Doc 76) in the amount of $18,750 shall be deemed non-exempt and shall be paid, by Special Counsel, to Trustee by cashier's or IOLTA check payable to "Ronda J. Winnecour, Ch. 13 Trustee,"

and mailed to "P.O. Box 2587, Pittsburgh PA 15230," along with a copy of this Order, within 10 days of Special Counsel's receipt of the settlement proceeds.

4. The total of the two lump sum payments (of $6,972.56 and $18,750) shall be, after deduction of Trustee fees, earmarked for distribution to timely filed non-priority general unsecured creditors. In accordance with §349, these funds shall be distributed to the unsecured creditors notwithstanding a subsequent dismissal of this case.

5. By agreement of the parties, the case shall remain a 100% plan in accordance with the provision of the Order at Doc 66.

_____
U.S. Bankruptcy Judge

Consented to:

By: /s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

By: /s/ Matthew M. Herron
Matthew M. Herron, Esq.
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com
Attorney for Debtor