**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 20-21993-CMB |
| Mariann Kaczmarek,<br>     Debtor(s). | Chapter 13 |
| RONDA J. WINNECOUR, Standing<br>Chapter 13 Trustee,<br>     Movant, | Related to Doc. 58 and 63 , 81 |
| vs.<br>Mariann Kaczmarek,<br>     Respondent(s). | |

**CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO DEBTOR(S)'
AMENDED EXEMPTIONS**

AND NOW, THIS __22nd__ day of __November__, 20__21__, upon the consent of the Debtor and the Trustee, it is ORDERED as follows:

1. Debtor shall be allowed §522(d)(11)(E) exemption in the amount of $30,722.56 in the net settlement proceeds of the matter described in the Motion to Approve Settlement (filed at Doc 59) and approved (at Doc 66).

2. The balance of the Debtor's claimed §522(d)(11)(E) exemption (at Doc 58), in the amount of $6,972.56 shall be deemed non-exempt and shall be paid, by Special Counsel, to Trustee by cashier's check or IOLTA check payable to "Ronda J. Winnecour, Ch. 13 Trustee," and mailed to "P.O. Box 2587, Pittsburgh PA  15230," along with a copy of this Order, within 10 days of Special Counsel's receipt of the settlement proceeds.

3. The net proceeds of the UNINSURED MOTORIST SETTLEMENT (as set forth in the Motion to Approve at Doc 76) in the amount of $18,750 shall be deemed non-exempt and shall be paid, by Special Counsel, to Trustee by cashier's or IOLTA check payable to "Ronda J. Winnecour, Ch. 13 Trustee,"

and mailed to "P.O. Box 2587, Pittsburgh PA 15230," along with a copy of this Order, within 10 days of Special Counsel's receipt of the settlement proceeds.

4. The total of the two lump sum payments (of $6,972.56 and $18,750) shall be, after deduction of Trustee fees, earmarked for distribution to timely filed non-priority general unsecured creditors. In accordance with §349, these funds shall be distributed to the unsecured creditors notwithstanding a subsequent dismissal of this case.

5. By agreement of the parties, the case shall remain a 100% plan in accordance with the provision of the Order at Doc 66.

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

**Consented to:**

By: /s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

By: /s/ Matthew M. Herron
Matthew M. Herron, Esq.
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com
**Attorney for Debtor**

FILED
11/22/21 10:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0569405.1 }    Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21993-CMB |
| Mariann Kaczmarek | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Nov 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mariann Kaczmarek, 3701 Colby Street, Pittsburgh, PA 15214-2111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 24, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Mariann Kaczmarek mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

District/off: 0315-2      User: dric      Page 2 of 2

Date Rcvd: Nov 22, 2021      Form ID: pdf900      Total Noticed: 1

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9