## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mariann Kaczmarek ) | Bankruptcy No.: 20-21993-CMB |
| a/k/a Mariann D. Kaczmarek ) | Chapter 13 |
| a/k/a Mariann D'Amico, ) | |
| Debtor. ) | Document No.: |
| _____ ) | |
| Mariann Kaczmarek ) | Response Date: 11/26/2021 |
| a/k/a Mariann D. Kaczmarek ) | Hearing Date & Time: 12/15/2021 |
| a/k/a Mariann D'Amico, ) | 1:30 PM |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Esq. Trustee, ) | |
| Respondent. | |

**CERTIFICATE OF NO OBJECTION TO THE MOTION TO APPROVE SETTLEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Settlement has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Approve Settlement were to be filed and served no later than November 26, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Approve Settlement be entered by the Court.

Date: November 29, 2021

__/s/ Matthew M. Herron_____
Matthew M. Herron, Esquire
PA ID No. 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS

{W0569671.1 }