IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mariann Kaczmarek, | ) | Case No. 20-21993-CMB |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| _____ | ) | |
| Mariann Kaczmarek, | ) | Doc. No. WO-1 |
| Movant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Blumling & Gusky, LLP, | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Heather Seitz, Paralegal, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age:

That on the 11th day of March 2022

I served a copy of: **ORDER GRANTING MOTION TO ATTACH WAGES and LOCAL FORM 12**

RE:   Mariann Kaczmarek          Case No.: 20-21993-CMB
                                 Chapter 13

ON:   Bluming & Gusky, LLP
      1200 Koppers Buillding
      436 7th Ave
      Pittsburgh, PA 15219
      ATTN: PAYROLL

BY:   Regular first class US mail

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  March 11, 2022                /s/ *Heather Seitz*_____
                                     Heather Seitz, Paralegal
                                     The Debt Doctors, LLC
                                     607 College Street, Suite 101
                                     Pittsburgh, PA 15232
                                     (412) 395-6001
                                     hgs@thedebtdoctors.com

{W0571580.1 }