IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Mariann Kaczmarek, | ) | Case No.: 20-21993-CMB |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Mariann Kaczmarek, | ) | Doc. No.: WO-1 |
| Movant, | ) | |
| | ) | Related to Doc. Nos.: 99 & 100 , 104 |
| v. | ) | |
| | ) | |
| Blumling & Gusky, LLP, | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, to wit, this   21st   day of    March   , 2022, it is hereby *ORDERED, ADJUDGED, and DECREED*, that,

Bluming & Gusky, LLP
1200 Koppers Buillding
436 7th Ave.
Pittsburgh, PA 15219
ATTN: PAYROLL

is hereby ordered to *immediately* terminate the attachment of the wages of MARIANN KACZMAREK.

No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARIANN

KACZMAREK.

Any party-in-interest may file a written objection(s) to the entry of this order on or before March 28, 2022. If any objection(s) is filed on or before March 28, 2022, a hearing will be set. If no objection(s) is filed on or before March 28, 2022, the order shall become final effective March 29, 2022.

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
3/21/22 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{W0571701.1 }

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-21993-CMB

Mariann Kaczmarek  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Mariann Kaczmarek, 3701 Colby Street, Pittsburgh, PA 15214-2111

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PNC Bank N.A. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
     on behalf of Creditor NewRez LLC cwohlrab@raslg.com

Charles Griffin Wohlrab
     on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing cwohlrab@raslg.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mario J. Hanyon
     on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Herron
     on behalf of Debtor Mariann Kaczmarek mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 21, 2022 | Form ID: pdf900 | Total Noticed: 1

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9