**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

|   |   |
|---|---|
| Mariann Kaczmarek, | : Bankruptcy No. 20-21993-CMB |
| Debtor. | : |
|  | : Chapter 13 |
| Mariann Kaczmarek, | : |
| Movant | : |
|  | : |
| v. | : |
|  | : |
| No Respondents. | : |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 8, 2020, at docket number 27, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of a Personal Financial Management Course*.

This Certification is being signed under penalty of perjury by the Debtor who carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Signed by:
*Mariann Kaczmarek*
F6A58156E390418...
Mariann Kaczmarek
Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:    /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**

{W0588711.1 }