| | |
|---|---|
| Debtor 1 | Mariann Kaczmarek<br>fka Mariann D'Amico<br>aka Mariann D. Kaczmarek |
| Debtor 2<br>(Spouse, if filing) | |

United States Bankruptcy Court for the : <u>WESTERN</u> District of <u>Pennsylvania</u>
(State)

Case number <u>20-21993-CMB</u>

# Form 4100R
# Response to Notice of Final Cure                                                                                                  10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING            **Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 0615

**Property address:**       3701 COLBY ST_____
                                        Number        Street

                                        PITTSBURGH, PA 15214_____
                                        City                                 State            ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                                                                                             $_____

## Part 3:    Postpetition Mortgage

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on:     11 / 01 / 2025
                                                                                                            MM/DD/YYYY

[ ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:                                                                                             (a) $_____
    b. Total fees, charges, expenses, escrow and costs outstanding:                                                            + (b) $_____
    c. Total. Add lines a and b.                                                                                                                                  (c) $_____

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                                                                    MM/   DD/  YYYY

Form 4100R                            Response to Notice of Final Cure Payment                                                page 1

| | | |
|---|---|---|
| Debtor 1 | Mariann Kaczmarek<br>fka Mariann D'Amico<br>aka Mariann D. Kaczmarek | |
| | First Name    Middle Name    Last Name | Case Number *(if known)*    20-21993-CMB |

---

### Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

---

### Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

|   |   |   |   |
|---|---|---|---|
| **X** | /s/ Jordan Katz | Date | 10/14/2025 |
|   | Signature |   |   |

| | | | |
|---|---|---|---|
| Print | Jordan Katz | Title | Authorized Agent |
|   | First Name    Middle Name    Last Name | | |

| | |
|---|---|
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC |

*If different from the notice address listed on the proof of claim to which this response applies:*

| | |
|---|---|
| Address | 13010 Morris Rd., Suite 450 |
|   | Number    Street |
|   | Alpharetta        GA        30004 |
|   | City    State    ZIP Code |
| Contact | 470-321-7112                        Email jkatz@raslg.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Mariann Kaczmarek
3701 Colby Street
Pittsburgh, PA 15214

*And via electronic mail to:*

Matthew M. Herron
The Debt Doctors, LLC
d/b/a Herron Business Law
607 College Street, Suite 101
Pittsburgh, PA 15232

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Long-Giang Nguyen

Email: Long-Giang Nguyen