**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARIANN KACZMAREK | Case No.:20-21993 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/01/2020 and confirmed on 8/24/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,442.56 |
| Less Refunds to Debtor | 915.15 | |
| TOTAL AMOUNT OF PLAN FUND | | 103,527.41 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 10,635.01 | |
|   Trustee Fee | 4,762.19 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,397.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORT( | 0.00 | 41,072.86 | 0.00 | 41,072.86 |
|     Acct: 615 | | | | |
|   PNC BANK NA | 0.00 | 14,213.83 | 0.00 | 14,213.83 |
|     Acct: 4289 | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORT( | 640.88 | 640.88 | 0.00 | 640.88 |
|     Acct: 615 | | | | |
| | | | | 55,927.57 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIANN KACZMAREK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIANN KACZMAREK | 670.00 | 670.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARIANN KACZMAREK | 245.15 | 245.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 3,975.00 | 3,975.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,282.36 | 1,282.36 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-21 | | | | |
|   THE DEBT DOCTORS LLC | 5,377.65 | 5,377.65 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
|     ***NONE*** | | | | |
| **Unsecured** | | | | |
|   ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2204 | | | | |
|   AVANT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 333 | | | | |
|   CITIBANK NA** | 6,191.92 | 6,191.92 | 0.00 | 6,191.92 |
|     Acct: 2235 | | | | |
|   CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8236 | | | | |
|   DISCOVER BANK(*) | 22,123.63 | 22,123.63 | 0.00 | 22,123.63 |

20-21993     Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9525 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2442 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC(*) | 3,809.28 | 3,809.28 | 0.00 | 3,809.28 |
|     Acct: 8660 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 77.81 | 77.81 | 0.00 | 77.81 |
|     Acct: 4197 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES L | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NEW REZ LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERTSON ANSCHULTZ SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 32,202.64 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 88,130.21 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 640.88 |
| UNSECURED | 32,202.64 |

Date: 10/24/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARIANN KACZMAREK

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:20-21993

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21993-CMB |
| Mariann Kaczmarek | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 27, 2025 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mariann Kaczmarek, 3701 Colby Street, Pittsburgh, PA 15214-2111 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| sp | + | George M. Kontos, Mengine, Killion & Hassen, 603 Stanwix Street, Suite 1228, Pittsburgh, PA 15222-1424 |
| sp | + | Lisa M. Petruzzi, Feldstein, Grinberg, Lang & McKee, P.C, 428 Boulevard of the Allies, Suite 600, Pittsburgh, PA 15219-1314 |
| 15261232 | + | Allegheny Community FCU, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3715 |
| 15270633 | + | NewRez c/o, PHH Mortgage Services, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 15261238 | | PHH Mortgage Services, 2001 Leadenhall Road, Mount Laurel, NJ 08054 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 28 2025 00:38:00 | NewRez LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15261233 | + | Email/Text: bk@avant.com | Oct 28 2025 00:39:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15277947 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2025 01:18:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15261234 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2025 00:49:07 | Citicards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15261235 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2025 00:39:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 15261236 | | Email/Text: mrdiscen@discover.com | Oct 28 2025 00:38:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15265591 | | Email/Text: mrdiscen@discover.com | Oct 28 2025 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15285631 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2025 00:39:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15277783 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2025 00:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15261237 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 28 2025 00:38:00 | Nissan Motor Acceptance, 8900 Freeport Parkway, Irving, TX 75063 |
| 15268663 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 28 2025 00:38:00 | PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT,, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 15277935 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 28 2025 00:38:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15261239 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 28 2025 00:38:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH |

| Recip ID | | Notice | | |
|---|---|---|---|---|
| 15295376 | + | Email/Text: mtgbk@shellpointmtg.com<br>Oct 28 2025 00:38:00 | | 45401<br>Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Newrez LLC D/B/A Shellpoint Mortgage Servicing |
| cr | | PHH MORTGAGE CORPORATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 15270628 | *+ | Allegheny Community FCU, 1001 Liberty Avenue, Suite 100, Pittsburgh, PA 15222-3715 |
| 15270629 | *+ | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 15270630 | *+ | Citicards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15270631 | *+ | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 15270632 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15270634 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motor Acceptance, 8900 Freeport Parkway, Irving, TX 75063 |
| 15270635 | *+ | PHH Mortgage Corporation, Bankruptcy Dept. PO Box 24605, West Palm Beach, FL 33416-4605 |
| 15270636 | * | PHH Mortgage Services, 2001 Leadenhall Road, Mount Laurel, NJ 08054 |
| 15270637 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |

TOTAL: 2 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor PNC Bank  N.A. dcarlon@kmllawgroup.com |
| Jordan Matthew Katz | on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing jkatz@raslg.com |
| Keri P. Ebeck | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: pdf900 | Total Noticed: 21 |

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Debtor Mariann Kaczmarek mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Michelle L. McGowan
    on behalf of Creditor Newrez LLC D/B/A Shellpoint Mortgage Servicing mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11